| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  DeGiusti, Timothy D | 2. Court or Organization  U.S. District Court, Okla.(W) | 3. Date of Report  02/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (nominee) | 5a. Report Type (check appropriate type)  ☒ Nomination, Date 02/15/2007  ☐ Initial   ☐ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 01/31/2007 |
| 7. Chambers or Office Address  204 N. Robinson, Suite 1550 Oklahoma City, Oklahoma 73102 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Holladay, Chilton & DeGiusti, PLLC |
| 2. officer | Luther Bohanon American Inn of Court |
| 3. co-trustee | Trust #1A and Trust #1B (#1A and #B refer to separate accounts within the same Trust) |
| 4. co-trustee | Trust #2 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Andrews Davis Legg Bixler Milsten & Price termination agreement |
| 2. 2007 | Holladay Chilton & DeGiusti PLLC termination agreement |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 ytd | Holladay, Chilton & DeGiusti PLLC partner compensation | $ 22,690 |
| 2. 2006 | Holladay, Chilton & DeGiusti PLLC partner compensation | $ 218,450 |
| 3. 2005 | Holladay, Chilton & DeGiusti PLLC partner compensation | $ 203,100 |
| 4. 2006 | Andrews Davis Legg Bixler Milsten & Price termination payments | $ 843.03 |
| 5. 2005 | Andrews Davis Legg Bixler Milsten & Price termination payments | $ 953.70 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | Exempt |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit card | J |
| 2. Chase Bank USA | Credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property, Oklahoma City | D | Rent | M | W | Exempt | | | | |
| 2. Bank of America accounts | A | Interest | J | T | | | | | |
| 3. Chase Bank | A | Interest | J | T | | | | | |
| 4. U.S.-Employees O.C. Federal Credit Union | A | Interest | J | T | | | | | |
| 5. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 6. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 7. Edward Jones - IRA #1 | | | | | | | | | |
| 8. - Capital World Growth & Income Fund A | A | Dividend | J | T | | | | | |
| 9. - Lord Abbett Affiliated Fund Cl B | A | Dividend | J | T | | | | | |
| 10. - APA Common Stock | A | Dividend | K | T | | | | | |
| 11. - EuroPacific Growth Fund Cl C | A | Dividend | J | T | | | | | |
| 12. - AMCAP Fund A (sold) | A | Dividend | | | | | | | |
| 13. Edward Jones - IRA #2 | | | | | | | | | |
| 14. - Capital World Growth & Income Fund A | A | Dividend | K | T | | | | | |
| 15. - Lord Abbett Affiliated Fund B | A | Dividend | K | T | | | | | |
| 16. - EuroPacific Growth Fund A | A | Dividend | K | T | | | | | |
| 17. - New Perspective Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 02/19/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AMCAP Fund A (sold) | A | Dividend | | | | | | | |
| 19. Trust #1A | | | | | | | | | |
| 20. - Edward Jones Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 21. - American Balanced Fund A (sold) | A | Dividend | | | | | | | |
| 22. Trust #1B | | | | | | | | | |
| 23. - Edward Jones Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 24. Trust #2 | | | | | | | | | |
| 25. - Edward Jones Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 26. - JP Morgan Chase & Co Global Bond | B | Interest | K | T | | | | | |
| 27. - Grand River Dam Authority Rev Bond | A | Interest | J | T | | | | | |
| 28. - BAC Common Stock | A | Dividend | J | T | | | | | |
| 29. - CVX Common Stock | A | Dividend | J | T | | | | | |
| 30. - KO Common Stock | A | Dividend | J | T | | | | | |
| 31. - COP Common Stock | A | Dividend | J | T | | | | | |
| 32. - DD Common Stock | A | Dividend | K | T | | | | | |
| 33. - XOM Common Stock | A | Dividend | K | T | | | | | |
| 34. - GE Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 02/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PFE Common Stock | A | Dividend | J | T | | | | | |
| 36. - PG Common Stock | A | Dividend | J | T | | | | | |
| 37. - American Balanced Fund A | C | Dividend | M | T | | | | | |
| 38. - Capital World Growth & Income Fund A | B | Dividend | M | T | | | | | |
| 39. - Investment Company of America Fund A | B | Dividend | M | T | | | | | |
| 40. - Washington Mutual Fund A | B | Dividend | M | T | | | | | |
| 41. - ADP Common Stock A | A | Dividend | J | T | | | | | |
| 42. - IBM Common Stock | A | Dividend | K | T | | | | | |
| 43. - PEP Common Stock | A | Dividend | J | T | | | | | |
| 44. - UNH Common Stock | A | Dividend | K | T | | | | | |
| 45. - WMT Common Stock | A | Dividend | J | T | | | | | |
| 46. - EuroPacific Growth Fund A | A | Dividend | L | T | | | | | |
| 47. - Growth Fund of America Fund A | A | Dividend | L | T | | | | | |
| 48. - New Perspective Fund A | A | Dividend | L | T | | | | | |
| 49. - CMCSA Common Stock | | None | J | T | | | | | |
| 50. - UPL Common Stock | | None | J | T | | | | | |
| 51. - AMCAP Fund A (sold) | A | Dividend | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
      U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 02/19/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyers/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - C-Common (sold) | A | Dividend | | | | | | | |
| 53. - CLX - Common (sold) | A | Dividend | | | | | | | |
| 54. - HD - Common (sold) | A | Dividend | | | | | | | |
| 55. - ITW - Common (sold) | A | Dividend | | | | | | | |
| 56. - UPL - Common (sold) | | None | | | | | | | |
| 57. -Puerto Rico Municipal Finance Agency Revenue Bond (sold) | B | Interest | | | | | | | |
| 58. -VA State Housing Dev. Authority General Purp. Bond (sold) | B | Interest | | | | | | | |
| 59. Holladay, Chilton & DeGiusti, PLLC 401(k) | D | Dividend | L | T | | | | | |
| 60. - DWS Dreman High Return Equity - A | | | | | | | | | |
| 61. - DWS Dreman High Return Equity - B | | | | | | | | | |
| 62. - DWS Short Term Bond Fund - A | | | | | | | | | |
| 63. - DWS International Fund - A | | | | | | | | | |
| 64. - DWS Cash Investment Trust - A | | | | | | | | | |
| 65. - DWS Short Term Bond Fund - B | | | | | | | | | |
| 66. - DWS International Fund - B | | | | | | | | | |
| 67. - DWS Cash Investment Trust - B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _____19 Feb 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 2 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured · | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 4 | 839 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 576 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 70 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| 401(k) account | | 53 | 271 | | | | |
| IRA/Money Market investment accounts | 1 | 152 | 254 | | | | |
| | | | | Total liabilities | | 4 | 839 |
| | | | | Net Worth | 1 | 849 | 186 |
| Total Assets | 1 | 854 | 025 | Total liabilities and net worth | 1 | 854 | 025 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |